JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**MANUEL URIBE,**<br><br>   Defendant. | Case No. CV 13-06764 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendant Manuel Uribe, an individual d/b/a Rincon De Guayabitos #3, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against Manuel Uribe, an individual d/b/a Rincon De Guayabitos #3, as follows:

(a)   Manuel Uribe, an individual d/b/a Rincon De Guayabitos #3, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $1,800.00 in total damages

1  plus attorneys' fees in the amount of $380.00 plus costs.

2

3  IT IS SO ORDERED.

4

5  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6  States mail or by telefax or by email, copies of this Order on counsel in this matter.

7

8

9  Dated: September 11, 2014            *[signature]*

10
                                        _____
11
                                        William Keller
12                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28