Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866   Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC, )
)
      Plaintiff,   vs. )   Case No.: 2:13-CV-06764-WDK-JC
)
MANUEL URIBE, et al, )   **RENEWAL OF JUDGMENT BY CLERK**
)
      Defendant, )
)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, G & G Closed Circuit Events, LLC, and against Defendant, Manuel Uribe, individually and dba Rincon De Guayabitos #3,  entered on September 12, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 2,180.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | **Subtotal** (*add a and b*) | **$** | **2,180.00** |
| d. | Credits | $ | 0.00 |
| e. | **Subtotal** (*subtract d from c*) | **$** | **2,180.00** |
| f. | Interest after judgment (.10%) | $ | 35.55 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$** | **2,215.55** |

Dated: June 11, 2024          CLERK, by Deputy  *Sharon Hall Bryan*

                                      Clerk of U.S. District Court

Renewal of Judgment